UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**WHITNEY BERNARD**                          **CIVIL ACTION NO. 24-cv-279**

**VERSUS**                                    **JUDGE TERRY A. DOUGHTY**

**U S COMMISSIONER OF SOCIAL SECURITY**       **MAG. JUDGE CAROL B. WHITEHURST**

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 9] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Whitney Bernard's Complaint [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE**.

**MONROE, LOUISIANA**, this the 20th day of September 2024.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**